1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | No.  2:15-cv-00662-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| ROUND TABLE DEVELOPMENT COMPANY, et al., | |
| Defendants. | |

The Court is in receipt of the parties' stipulation (ECF No. 5).  Good cause having been shown, the time for Defendant Round Table to respond to the Complaint shall be extended from May 28, 2015 to June 28, 2015.

IT IS SO ORDERED.

Dated:  June 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1